LISA DOUGLASS
PO BOX 480913
LOS ANGELES, CA 90048
323-346-5175

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CALIFORNIA
WESTERN DISTRICT

| LISA DOUGLASS & OTHERS SO SITUATED<br>Plaintiff<br><br>V<br><br>LYFT Inc.<br><br>JOHN ZIMMER<br>~~WWWWWWW~~ Logan Green<br>ALDY DAMIAN<br>Defendants | Case No. CV20-6526-RGK (Ex)<br>CLASS ACTION<br>COMPLAINT FOR CONSTITUTIONAL VIOLATIONS OF FAIR AND EQUAL TREATMENT BY LAWA AND VIOLATIONS OF THE SHERMAN ACT |
|---|---|

This lawsuit comes out of Lyft and their owners violating the law to remove rides by seeing that the potential riders are NFL affiliated. Not paying for an accident and paying off those involved in the accident to obstruct normal insurance claims that they promised to honor.

Given Lisa was badly injured by the NFL, this information would not be privy to Lyft unless they too were involved her her injuries with Calico Labs, Google and DeBeers who gangraped Lisa and mutilated her back, face and brain to create blood diamonds.

Given Lisa was a good employee or contract worker and received a ride from Someone with the name Mr. Carrion in 2019, to Palm Springs and the ride was not canceled as Lisa was still driving to the lot, facts that can be proven, Lyft suddenly

1

canceled her ride. The customer did not cancel it and Lisa did not cancel it as will be proven.

The ride itself can make up to 200.00 in earnings but most often is only $100.00—$150.00. Still it represents facts that Mr. Carrion, who works for the NFL did not cancel the ride nor did Lisa. Lyft decided to take the ride away. When she asked about this, they claimed she wasn't there in time, knowing that it is a 10-14 minute drive from the LAX upper lot. Lisa did not take long getting to the lot, but the person on the phone told her that she had not driven there fast enough and was abusive related to the ride.

Given the 40,000,000 dollar lot installed by Los Angeles City Officials, Lyft is well aware of the time frame to get to the lot.

Thus, they used spying technology about removing a very expensive ride from the cue for no other reason except the man worked for the NFL who was involved in a case that Lyft should not know about.

Lyft's practice of spying through the app to pick and choose if you can get a ride based using the app, supposedly for friendly community trust, to spy against Americans is a plot against America and represents unfair discriminatory practice.

Further, Lisa was in an accident while on the Lyft Platform. This accident took place on or about 6/08/2018 and to this day, Lyft and their agents willfully refuse to pay her for her injuries, which were substantial and the cost of which to medical providers was roughly 22,000.

Not only did they refuse, but it can be seen that Logan Green and John Zimmer have engaged in exchange of monies to make certain that Lisa can not get

2

paid by Aldy Damian, State Farm or their own insurance the insured through normal Methods, State Farm in fact, got abusive when she asked why they were offering such a low amount even though it was much lower than her medical bills. They did not include loss of earnings or her potentially disastrous injuries..

Due to Covid-19, I was given a letter from State Farm telling me that I needed to file a case ASAP or accept 10,000 for my injuries. I am filing within a few weeks of that letter as the Courts were closed and I could not file any faster.

I did everything to try to speak with Lyft and ask for fair treatment by York but they refused as did State Farm.

Lyft should not be tampering with rights to financially helping their workers when in an accident on the platform.

All communications with York ended in York telling Lisa she had no rights if State Farm did not want to pay her even though that is not what the agreement states.

State farm did tell Lisa that they would give her 10,000, but engaged in sending her to doctors that would not reveal the true injuries and they are owed in excess of 20,000.

Finally after months, Lisa consulted with Jacob Emrani, whose assistant Sileny told her she had a severe brain injury and spinal injury according to the records.

Lisa tried to speak with Alex Korte at State Farm but it was clear he was being paid off by NASA entities to not settle the claim fairly.

3

Lisa then noticed that someone at Lyft agents had paid her auto body repair person at 3 million for some reason..

Upon looking further, Johnson Controls owns York, the insurance for Lyft, is a contractor for Exxon, which involves her other case related to human trafficking, sexual trafficking, blood diamonds and torture.

Whatever the case, Lyft has acted in bad faith to not pay out for the accident and to spy through the app, in fact, given Lyft is not traceable, Lisa has been requested to do many things that she feels are illegal. When reporting these facts to the LAPD, they refused to do anything about it.

Lyft is operating as a monopoly and engaged in anti trust, Sherman Act violations, spying, illegal tampering with rightful rides and withholding money for accidents, medical care and harms done..

Though it is not clear why John Zimmer and Logan Green are spying through the app and stealing rides from their contactors, but they maintain we are not employees so have no protections. However, their action constitute bad faith on their face.

John Zimmer, and Logan Green through Lyft are willfully refusing to pay her damages as they promise that York covers up to 1,000,000 while in driver mode with a passenger, But when Lisa spoke to York, they claim State Farm, which is under control and authority of California Insurance Department, has to pay her. And That is unfair as California took out the criminal policy to hurt her and should not affect the accident while on the Lyft platform.

California does not want the country to know what they have been up to, so using proxies through Exxon could be tampering with her case would make sense, but it is Logan Green and John Zimmer who are secretly paying people related to her case, that is bad faith.

When signing up for Lyft one has to sign an arbitration agreement. But, Lisa opted out and has never agreed to arbitrate. Because this case affects others who are being abused by spy technology to deprive them of rightful money and rightful insurance payouts, this constitutes a violation of the Sherman Act.

Lisa is also unclear why they will not settl for a fair amount as her injuries and doctors cost more than 20,000, and Lisa should be fairly compensated for the injuries.

After speaking to Jacob Emrani's assistant, they told her she had major spinal and brain injuries. But, Lisa could see Jacob Emrani receiving close to 15,000 from people related to her case.

After they pointed out her injuries, Jacob Emrani took money to not represent Lisa and they never told her why.

These practice to withhold fairness in insuaracne and steal rides that are involved in Lisa's other case show that Logan Green and John Zimmer know which rides they are sending her.

Therefore, when Lisa had a CIA agent ask her to deliver a key to UCLA for use by Texas employees, they knowingly tried to frame her for engaging in portions of a criminal enterprise. As it would not make sense that they would send her to deliver a key from Johnson Controls but take away a ride from an NFL player.

Logan and Zimmer's practice and policy of not paying out severe injuries shows bad faith and do not constitute fair employee-contractor practices.

Logan and Zimmer should not be paying anyone to tamper with my legal rights to representation yet someone paid Jacob Emrani 15,000 to not take my case against Lyft and Aldy Damian.

This constitutes fraud, unconstitutional attempt to frame a driver in a crime and illegal tampering with rights to fair rides and fair compensaton for injuries while on the lyft platform.

I submit under penalty of perjury the facts and acts are true to the best of my understanding and were undertaken by Lyft and their associates, through and by their owners Logan green and John Zimmer to tamper with my rights to fairness for my injuries while on their platform.

Verily Submitted under penalty of Perjury,

Lisa Douglass

Submitted on July 22, 2020

6

## COMPLAINT

Plaintiff Lisa Douglass. ("Plaintiff"), by and through herself alleges, on behalf of himself and all those similarly situated, as follows:

## SUMMARY OF CLAIMS

1. Plaintiff is a driver for Defendant Lyft, Inc. ("Lyft" or "Defendant"). She brings this action as a class action on behalf of himself and all other current and former Lyft drivers in California, to recover lost wages, unfair withholding of insurance while in an accident on the platform. Recoupment of monies taken by Lyft's spypolicy to cancel rides to limit earnings.

Lyft's willful decision to not pay for injuries or accident claims and tamper with rights to an attorney.

2. Plaintiff alleges that Lyft has violated and continues to violate the the Sherman Act and as such is controlling and impeding fair treatment and trade by (1) removing rides by spying through the app, and (5 failing to pay out after injuries from accidents (3) Impeding legal representation by paying out Jacob Emrani, Robin Saghian and others to not represent Lisa. Thus are impeding fairness in insurance and acting in bad faith according to their contract.

3. Plaintiff also brings claims under the denial of Fourth Amendment Privacy Rights, Extortion to frame her by sending her rides delivering things that constitute crimes, and deprivation of long rides by their policy of canceling anyone that is involved in

Lisa's other case through spy technology, which is unfair and bad faith. Green and Zimmer can be seen paying off Jacob Emrani and the owner of 3 Million Auto Collision to quell my rights to fair representation and fairness at the auto body shop. To what end are they trying to deprive her of rights to fainess in payout while on the platform.

4. Plaintiff also claims this is a violation of fair and equal treatment under the constitution.

5. Plaintiff also finds the withholding or rightful "ride fares" and insurance payouts to violated the Sherman Act.

## JURISDICTION AND VENUE

**This venue is proper as the Fourth Amendment rights to privacy are federal question and payoffs to obstruct payment by insurance shows federal interest in depriving Lyft Drivers of legal and constitutional rights to fair treatment, and constitute monopoly and anti trust violations as Johnson Controls owns York and . Sending CIA agents to ask you to deliver a key, but then depriving your rights to a 150 dollar ride which has an NFL player in the car, shows unfair employment practices.**

**Turning to 18 U.S.C. § 1510 specifically, the crime of** obstruction **by means of** bribery **requires proof that the defendant offered or actually paid a** bribe **to someone with the specific intent to** obstruct justice. **18 U.S. Code § 1033. Crimes by or affecting persons engaged in the business of insurance whose activities affect interstate commerce.**

8

8. This Court has jurisdiction over this action pursuant to , because this complaint alleges claims under the laws of the United States, Espionage Privacy rights and withholding of Fair and Equal treatment by law.

9. The United States District Court for the Western District of California has personal jurisdiction over Defendants because Lyft is an internet app that shares rides in the Los Angeles area, where her injuries took place.

10. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), (c)(2) and Civil L.R. 3-2(d) because Plaintiff resides in California where the incidents took place and was working on the Lyft platform when the monopoly and anti trust Sherman Act violations took place.

The **Sherman Antitrust Act** of 1890 is a federal statute which prohibits activities that restrict interstate commerce and competition in the marketplace. Lyft did violate ther community trust agreement by spying through the app and trying to get their employees or contractors, to conduct non-traceable crimes by acting as a delivery service.

## RELATED CASES

11. Plaintiff filed a Modern Slavery Case against parties Exxon CV20-6448-DSF (JEMX) which contracts with Johnson Controls which owns and operates York can be found against DeBeers and the United states Government and their contractors under , Lyft's insurance arm.

This case differs in that Lyft owners spied on Lisa through the app and tried to affect finances, limit her earnings, further, they contacted others in her Human Trafficking case

9

and failed to pay her for her injuries while on the Lyft platform.

The question of whether Lyft is acting in anti-trust and violating their own agreements is vital to this case. This case discusses Sherman Act violations which unfairly impede trade and Lyft's policies to spy on their drivers to limit their ability to earn fairly Economic Espionage and unfair business tactics to withhold insurance claims due to monopoly positions with Johnson Controls which is owned by Exxon, and which is in her other case.

## ONE
(Against all Defendants and their agents)

The **Sherman Antitrust Act** of 1890 is a federal statute which prohibits activities that restrict interstate commerce and competition in the marketplace.

Lyft and their agents did restrict the market by spying through the app and did Under federal antitrust law, specifically Section 1 of the Sherman Act, competitors generally cannot conspire in ways that impair competition or harm consumers, be it in terms of increased prices or limited choices. If they conspire, they are subject to Section 1 analysis, which, other than for certain kinds of hard core violations that are per se illegal, balances pro and anti-competitive effects under a "Rule of Reason" standard. Courts also generally apply the Rule of Reason in analyzing the competitive effects of legitimate joint ventures among competitors. Given Lisa and the other "contractors" were obeying the good faith rules of the community platform. Lyft was actively withholding their rights under a fair analysis

10

in Insurance and In which fares they were given.

## TWO
(Against all defendants and their agents)

Forced labor conspiracy, in violation of 18 U.S.C. § 1594(b)

All defendants participated in long-term medical harm after willfully violating their agreement to pay out insurance while on the app, further injuring their contractor as she had both a head injury and spinal injury. It is easy to see Logan Green and John Zimmer did exchange money to prevent Lisa from being paid fairly for her auto accident and from being represented as the money went to Jacob Emrani, the lawyer who told her about her major injuries, which is labor conspiracy and forced labor to withhold long rides through spying.

## THREE
(Against all Defendants and their agents)

Wire fraud conspiracy, in violation of 18 U.S.C. § 1349

All defendants participated in using wire and communications to spy on the American people, to limit their earnings and to impede fair trade and unfairly impacting their contractors by withholding insurance after car accidents and taking away high paying jobs using spy technology..

## Four
(Against all Defendants and their agents)

CONSPIRACY TO COMMIT 18 U.S. Code § 1831. Economic espionage and keep their contractors from earning fairly, did spy through their apps to steal jobs from those they targeted. Did execute acts that prohitibed payment from insurance and did unfairly impact the finances of their contractors.

Five

(Against all defendants)

Constitutional wrongs under the Fourth Amendment. Lyft unlawfully spied on their contractors to limit their earnings and did take away higher paying jobs using spy technology even though the community standard at Lyft is trust.

All defendants participated

PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment as follows:

A. Determining that this action is a proper class action, designating plaintiff as Lead Plaintiff and certifying plaintiff as a class representative under Rule 23 of the Federal Rules of Civil Procedure and plaintiff's herself as lead Plaintiff.

B. Declaring that Defendants violated the Sherman Act.

C. Award plaintiff costs for her medical care and pain and suffering for Lyft owners paying off lawyers, which is bad faith.

D. Award Plaintiff back pay for each ride they stole from her through spying

E. Awarding plaintiff's reasonable costs and expenses, including attorneys' fees; and

F. Awarding fair and equal treatment by law in insurance while on the App.

G. Asking Lyft's strategic legal team to quit paying people off to withhold rightful monies for medical harms.

H. Enforce York's contractual obligations to pay out for my injuries.

I. Awarding such other relief as the Court may deem just and proper.

J. Awarding Lisa and others impacted by Lyft's unconstitutional practice fair and equal treatment by law.

J. Ask defendants to stop offering bribes to affect insurance.

    I. Forbid Lyft from stealing high earning rides through use of spy technology.

    II. ORDER Lyft to pay out all accidents as their York agreement promises.

    III. Order Lyft to stop affecting fair trade by spying.

JURY DEMAND

I certify that the foregoing is true and correct to the best of my understanding not being a lawyer and being deprived of rights to a lawyer. I certify that this certification was made on July 22, 2020 in the City of Los Angeles, County of Los Angeles in California. And that these statement are made under penalty of perjury to the best of my understanding and comprehension of the events, facts and acts and documentation of treatment by Lyft and failure to pay me for my auto accident and using spy technology for bad faith to limit earnings shows unlawful practice under the Sherman Act..

13

Plaintiff demands a trial by jury.

DATED: July 22, 2020

Lisa Douglass
PO Box 480913
Los Angeles, CA 90048
323-346-5175
lisa_douglass@icloud.com

## DECLARATION OF LISA DOUGLASS

I, Lisa Douglass, declare and say as follows:

1. I am a resident of Los Angeles County. I have personal knowledge of the matters stated in this declaration, and if called as a witness I could and would testify competently as stated herein. The acts and facts occurred between 2017 and 2020, the exact dates can be provided later thus are approximate, while I was a driver for Lyft.

2. One day on or in November of 2019, I picked up a ride going to Palm Springs.

3. I drove immediately to the gate in the 40,000,000 lot they created with the city of los angeles.

4. The man's name was Carrion.

5. When I was pulling into the lot, Lyft canceled my ride.

6. This ride would have made me between 100 and 150 dollars and the customer did not cancel it.

7. I called Lyft to ask what happened.

7. The Lyft operator told me LYFT itself canceled my long ride because I didn't drive to the lot fast enough.

8. I looked at other items in my log and it seemed only customers canceleed, not Lyft. When I asked for reasons they would not explain, they just continued to blame me.

9. This did not make sense because I was already in the lot. So, then I asked if it was the person they didn't want me to pick up. The person is very well

15

known, so I started to get suspicious about how many times when I had a long ride Lyft itself had stopped my ability to make money, employing unfair work environment and unfair practices for their trusting drivers.

10. Prior to this, I was hit by Aldy Damian's daughter, on or about 6/08/2018. She was texting and I had my app on and a rider in the back seat.

11. She hit us very hard and the driver confirmed I bouced off the glass plane.

12. I asked my rider if he was okay and he said that he was.

13. I asked him if I could go take photos of the accident and he said yes.

14. When I tried to stand up I blacked out.

15. I came to and got out of the car and took photos of my car sandwiched between two cars. I had hit the front car due to the back car hitting me, Aldy Damian's daughter.

16. I then moved the car off the street into a parking lot at La Brea and Pico.

17. A woman came up to me and said she was a witness and gave me her number..

18. Then I called 911.

19. My rider and I waited but he needed to catch a plane so he eventually left.

20. I took his number for the accident report.

21. When the fire department came they took me to Olympia hospital.

22. I was checked over by a PA not a real doctor.

23.. I was very sick and given something for pain.

24. I got a ride home and then called lyft and York. Both told me that they would take care of me.

25. Later, when I started to go to treatment for my injuries, some of which caused me to throw up and black out several times, Lyft and York changed their story.

26. They claimed that they would not pay me, State Farm had to.

27. This made me feel bad and not taken care of.

28. I took my car to 3 Million collision.

29. 3 millions kept my car for over a month and I could see that someone from Lyft was paying him, which didn't make sense as they had told me that State Farm would apy the entire amount..

30. I got my car and 3 Million never fixed the front end at all, even though they got paid for the accident.

31. I went to treatmend and got MRI's.

31. No one at the radiology would tell me I had a major head injury or a spinal injury.

32. The first laywer Robin Saghian dropped me suddenly and I could see that someone from Lyft had paid him.

33. Then I got Attorney Burger, again he didn't try to settle or help me and I could see Lyft paying him.

34. Finally, I gave up getting an attorney because if you look at my oother case, they tried to hurt me and kept tampering with my righst in court.

35. Alex Korte was getting paid by NASA; was abusive and did not offer me even te money to cover my injuries or medical and fire bills.

36. Then I spoke to Jacob Emrani. His office said I had a major head injury and spinal injury which can be seen on the MRI.

37. At this point I could tell that Lyft was unfairly blocking my rights to insurance money and treating me for forced servitude and as someone without rights.

38. As many times as I attemped to get help, State Farm would be abusive and York would tell me I had no rights to any money.

39. So I was forced to drive everyday even while sick and with a head injury and spinal injury.

40. I do not think this is fair by law.

47. During Covid, I got a letter again claiming Alex Korte would only be offering me 10,000 for my injuries. Due to the payouts from Lyft and Nasa I see that this is Anti Trust.

48. I did try to deal with this on my own.

49. But during covid, my own state withheld my rights to Unemployment and PUA.

50. Thus the conspiracy with Lyft is related to my other case and that is unfair and feels like being treated like a slave without rights..

73. For all other facts, please see the associated lawsuit CV20-6448-DSF (JEMX)

73. The practice of targeting us through the ap to limit our earnings and not paying us out for harms while on the app, is unconstitutional.

I declare under penalty of perjury according to the laws of the State of California that the foregoing in true and correct and does not contain everything as the plot against me to withhold my rights was enormous. But most of those details are in the pleading itself. I was targeted for torture for my freedoms and this case comes out of retaliation of my freedom of speech.

At Los Angeles, California, this 22 July, 2020

*Lisa Douglass*

LYFT
185 Berry Street
Lyft HQ, 185 Berry St #5000, **San Francisco**, CA, 94107

20